FILED

04/28/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0627

**IN THE SUPRMEME COURT OF THE STATE OF MONTANA**
**Supreme Court NO. DA 22-0627**

\* \* \* \* \* \* \* \* \* \* \*

IN RE THE MARRIAGE OF:      )

     )

DAWN TAYLOR,      )

     )

     Petitioner/Appellant,      )

     )

     and      )

     )

JOHN TAYLOR,      )

     )

     Respondent/Appellee.      )

     )

**ORDER GRANTING**
**MOTION FOR**
**EXTENSION OF TIME**
**TO FILE RESPONSE BRIEF**

Appellee, JOHN TAYLOR, has moved this Court for a 30-day extension, from May 10, 2023, up to and including June 10, 2023, in which to file his Response Brief in this matter.

IT IS HEREBY ORDERED that the Appellee shall have up to and including June 10, 2023, to file his Response Brief in this matter.

**ELECTRONICALLY SIGNED AND DATED BELOW.**

cc: Rebecca R. Swandal
Kirsten Mull Core

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 28 2023